CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 05 2010

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| WILLIAM A. WHITE,<br>    Plaintiff, | )<br>)<br>) | Civil Action No. 7:10-cv-00428 |
| v. | )<br>) | **ORDER** |
| SECOR, INC., <u>et al.</u>,<br>    Defendants. | )<br>) | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's complaint is **DISMISSED without prejudice as frivolous**, pursuant to 42 U.S.C. § 1997e( c); all pending motions are **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

**ENTER**: This 5th day of November, 2010.

                /s/ James C. Turk
                Senior United States District Judge